THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NATSU CARTER, Appellant.

Submitted May 1, 2006; decided May 4, 2006

Motion for assignment of counsel granted and David P. Elkovitch, care of Law Offices of David P. Elkovitch, 199 Genesee Street, Auburn, New York 13021, assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEONARD CONFORTI, Also Known as MARTIN COHEN, Appellant.

Submitted March 27, 2006; decided May 4, 2006

Motion for reconsideration of this Court's February 16, 2006 dismissal order denied [*see* 6 NY3d 798]. Motion for poor person relief dismissed as academic.

SYLVIA SAMUELS et al., Appellants, v NEW YORK STATE DEPARTMENT OF HEALTH et al., Respondents.

Submitted May 1, 2006; decided May 4, 2006

Motion by Concerned Women for America et al. for leave to file a brief amici curiae on the appeal herein granted. Two copies of the brief may be served and 24 copies filed within seven days.

Judge ROSENBLATT taking no part.